(January 15, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HANNAH COEN, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on December 8, 1983, unanimously affirmed. The case is remitted to the Su-

preme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Sullivan and Asch, JJ.